| | | |
|---|---|---|
| FILING FEE PAID? | IFP Received? | IFP Amount:  $350 |
| YES ☒ | YES ☐ | |
| NO  ☐ | NO  ☒ | Magistrate Judge:  Suzanne Mitchell |

# CIV- 20-248-SLP

Joseph Maldonado- Passage   v. U.S. Federal Wildlife Services et al

**NEVER SEEN IN THIS COURT**

*Defendant in CR-18-227-SLP*

*Defendant in CIV-14-377-SLP*