## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Joseph Maldonado-Passage | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| v. | ) | CIV-20-248-SLP |
| | ) | |
| | ) | |
| | ) | |
| U.S. Federal Wildlife Services et al | ) | |
| Defendant(s) | ) | |

March 17, 2020
Enter Order:

In accordance with 28 U.S.C. §636, this matter is hereby referred to Magistrate Judge Suzanne Mitchell for preliminary review, for conducting any necessary hearings, including evidentiary hearings, for the entry of appropriate orders as to non-dispositive matters, and for the preparation and submission to the undersigned judge of Findings and Recommendations as to dispositive matters referenced in 28 U.S.C. §§ 636(b)(1)(B), and (C).

THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE SCOTT L. PALK

CARMELITA REEDER SHINN, CLERK

by: s/D. Beasley
Deputy Court Clerk

*Revised 01/09/2020 EM*