

Joseph Maldonado-Passage
Case # 5:20-cv-00248-SLP

Honorable Suzanne Mitchell,

Sorry for the Hand written letter. However I am Being Isolated At the Federal Medical Center Ft Wth. And Have NO Access to a computer, phone, email, or Libary to Respond to the Goverments Last Request. I am asking for at least 30 day extension to the Deadline of April 28th 2020 in Hopes I am Allowed access to use things I need inorder to properly Answer their request

Thank you.