Joseph Maldonado-Passage
#26154-017
FMC Ft Wth.
Box 15330
Ft Wth Tx 76119

RECEIVED
Legal
APR 15 2020
CARMELITA REEDER SHINN
CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY
73102-302710

United States District Court
for Western District of Okl.
200 N.W. 4th St Rm 1210
OKC OK 73102

Federal Correctional Institution
3150 Horton Rd.
Ft. Worth, Texas 76119
Date _____

This enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the _____ address.

Legal