# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSEPH MALDONADO-PASSAGE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-20-248-SLP |
| U.S. FEDERAL WILDLIFE SERVICE, et al., | ) ) ) |
| Defendants. | ) |

## **O R D E R**

The Court in in receipt of a handwritten letter from Plaintiff. *See* Doc. No. 9. The Court construes the letter as a motion requesting a thirty-day extension of time within which to file an objection to the Report and Recommendation [Doc. No. 7] issued by United States Magistrate Judge Suzanne Mitchell on April 7, 2020. Although Plaintiff references in the letter his need for additional time to "respond to the Government's last request", Plaintiff references the "deadline of April 28, 2020", which is the deadline set forth in the Report and Recommendation for Plaintiff to file an objection. For good cause shown, the requested extension of time is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall file an objection to the Report and Recommendation [Doc. No. 7] on or before May 28, 2020.

IT IS SO ORDERED this 16th day of April, 2020.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE