# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSEPH MALDONADO-PASSAGE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-20-248-SLP |
| U.S. FEDERAL WILDLIFE SERVICE, et al., | ) ) ) |
| Defendants. | ) |

## **O R D E R**

The Court in in receipt of a handwritten letter from Plaintiff.  *See* Doc. No. 11.  The Court construes the letter as a motion requesting a further extension of time within which to file an objection to the Report and Recommendation [Doc. No. 7] issued by United States Magistrate Judge Suzanne Mitchell on April 7, 2020.  For good cause shown, the requested extension of time is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall file an objection to the Report and Recommendation [Doc. No. 7] on or before July 27, 2020.

IT IS FURTHER ORDERED that the Clerk of Court is directed to send to Plaintiff a copy of the Court's prior Order [Doc. No. 10] along with this Order.

IT IS SO ORDERED this 18th day of May, 2020.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE