IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSEPH MALDONADO-PASSAGE, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>U.S. FEDERAL WILDLIFE SERVICES, et al., )<br>)<br>    Defendants. ) | Case No. CIV-20-248-SLP |

## O R D E R

Before the Court is Plaintiff's Third Motion for Extension and Brief in Support [Doc. No. 14]. Plaintiff seeks an extension of time "to file objections or other responses" to the Report and Recommendation [Doc. No. 7]. The Court has granted Plaintiff's two prior requests for extensions of time. *See* Orders [Doc. Nos. 10 and 12]. Plaintiff is now represented by counsel and seeks an additional 90-day extension of time. Plaintiff's requests have all centered upon difficulties in responding associated with conditions at his facility related to the COVID-19 pandemic. Although Plaintiff's need for such extensions has been stated in vague terms, to date, the Court has been accommodating and patient with these requests. Plaintiff is now represented by counsel. Plaintiff's counsel has not articulated any specific impediments to filing a response, other than references to difficulties in communicating with Plaintiff. And, those references are similarly vague in nature. Under these circumstances, the Court reluctantly grants Plaintiff's request. However, Plaintiff is admonished that no further extensions of time will be granted.

IT IS THEREFORE ORDERED that Plaintiff shall file an objection to the Report and Recommendation on or before October 28, 2020.

IT IS SO ORDERED this 29th day of July, 2020.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE