# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSEPH MALDONADO-PASSAGE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. FEDERAL WILDLIFE SERVICE, et al., )<br>)<br>Defendants. ) | Case No. CIV-20-248-SLP |

## PLAINTIFF JOSEPH MALDONADO-PASSAGE'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

COMES NOW the Plaintiff, Joseph Maldonado-Passage, by and through his attorney, Jarrod H. Stevenson, and, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all claims asserted in this action,[1] ***without prejudice*** to Plaintiff's right to assert any or all of the claims in a future action.

In accordance with Fed. R. Civ. P. 41(a), dismissal is effective automatically upon filing of this notice, without the necessity of any further action of the Plaintiff or the Court. *See, e.g., Janssen v. Harris*, 321 F.3d 998, 1000 (10th Cir. 2003) (stating that "[o]nce the notice of dismissal has been filed, the district court loses jurisdiction over the dismissed claims and may not address the merits of such claims or issue further orders pertaining to them"). Nevertheless, in the interest of clarity, Plaintiff is contemporaneously filing a

---

[1] As Magistrate Judge Mitchell correctly ascertained, the claims asserted in this action do *not* include any claim under 28 U.S.C. § 2255, and this action does not implicate Plaintiff's right to make such a motion after his appeal is completed.

response to Magistrate Judge Mitchell's *Report and Recommendation* [Dkt. 7], which addresses the impact (or lack thereof) of the *Report and Recommendation*, the Prison Litigation Reform Act, and the Anti-Terrorism and Effective Death Penalty Act on Plaintiff's ability to assert any claims in the future.

        Respectfully submitted,

        _____
        JARROD H. STEVENSON, OBA #20346
        Stevenson Law Firm, P.L.L.C.
        903 N.W. 13th Street
        Oklahoma City, Oklahoma 73106
        Telephone: (405) 236-5100
        Facsimile: (405) 234-5528
        Email: jarrod@jhstevensonlaw.com
        **Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

No defendants have appeared, and process has not yet been issued in this action. As such, the undersigned does not believe service is required. Nevertheless, the undersigned will send a courtesy copy by mail to the United States Attorney for the Western District of Oklahoma.

_____
JARROD H. STEVENSON